## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Faisal Shabbir

                                Plaintiff,

v.                                                     Case No.: 1:15−cv−02535
                                                                      Honorable Susan E. Cox

K2 Xpress Delivery, LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 25, 2015:

      MINUTE entry before the Honorable Susan E. Cox: Pursuant to the stipulation of dismissal [25], this matter is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Status hearing set for 9/28/2015 at 9:30 a.m. is hereby stricken. Plaintiff's motion to strike hearing scheduled for 9/28 or allow parties to appear telephonically [26] is denied as moot. Civil case terminated. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.